693 A.2d 200

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Durrell GRAHAM, Petitioner.**

Supreme Court of Pennsylvania.

May 13, 1997.

22

## ORDER

PER CURIAM.

AND NOW, this 13th day of May, 1997, the Petition for Allowance of Appeal is granted limited to the issue of whether Superior Court properly affirmed the trial court's denial of Petitioner's suppression motion.